```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 47299
   DAVID F GAGE
   ANDREA D GAGE                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0971    SSN XXX-XX-4997

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/23/2004 and was confirmed 02/07/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  15.36% from remaining funds.

     The case was paid in full 01/08/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG        .00            .00             .00
CITIMORTGAGE INC           CURRENT MORTG        .00            .00             .00
HARRIS BANK                SECURED          13800.00        992.09        13800.00
HARRIS BANK                UNSECURED OTH   11797.09            .00         1812.03
ECAST SETTLEMENT CORP      UNSECURED       15997.38            .00         2457.36
SMC                        UNSECURED OTH     916.23            .00          140.68
CASUAL CORNER GROUP        UNSECURED       NOT FILED          .00             .00
SHERMAN ACQUISITION        UNSECURED       12674.02            .00         1946.86
WFNNB LERNER               UNSECURED       NOT FILED          .00             .00
RETAILERS NATIONAL BANK    UNSECURED       NOT FILED          .00             .00
WORLD FINANCIAL NETWORK    UNSECURED          128.03           .00           19.67
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,655.20                        2,655.20
TOM VAUGHN                 TRUSTEE                                         1,376.11
DEBTOR REFUND              REFUND                                              .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE            25,200.00

PRIORITY                                        .00
SECURED                                   13,800.00
    INTEREST                                 992.09
UNSECURED                                  6,376.60
ADMINISTRATIVE                             2,655.20
TRUSTEE COMPENSATION                       1,376.11
DEBTOR REFUND                                   .00
                  --------------         --------------
TOTALS             25,200.00              25,200.00
```

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 47299 DAVID F GAGE & ANDREA D GAGE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE